RECEIVED IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
2005 NOV -1  P 4: 06        EASTERN DIVISION

| | |
|---|---|
| TIMOTHY P. THOMASON and SABRA M. THOMASON ) ) ) | |
| Plaintiffs, ) | |
| v. ) | CIVIL ACTION NO. 3:05cv1056 |
| ) | |
| GMAC MORTGAGE CORPORATION, ) ) | |
| Defendant. ) ) | |

## RULE 7.1 STATEMENT OF GMAC MORTGAGE CORPORATION

**COMES NOW** Defendant GMAC Mortgage Corporation, by and through its undersigned counsel, and states that the only publicly held corporation that owns more than 10% of its stock is General Motors Corporation.

Respectfully submitted,

_____
Reid S. Manley (MAN039)
Robert R. Maddox (MAD028)
Alan D. Leeth (LEE038)

Attorneys for Defendant
GMAC MORTGAGE CORPORATION

**OF COUNSEL:**

BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1408491

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the following by directing same to the below-listed address through first-class, United States mail, postage prepaid, on this the  1st  day of  November , 2005:

James R. McKoon, Jr., Esq.
P.O. Box 3220
Phenix City, AL 36868-3220
Tel.: (334) 297-2300

                                                                  OF COUNSEL