**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 9, 2005

# NOTICE OF CORRECTION

**To:**              Counsel of Record

**From:**            Clerk's Office

**Case Style**       Timothy Thomason vs. GMAC Mortgage Corporation
                     Civil Action No. 3:05cv1056

**Referenced Pleading:**   Amended Complaint
                           Contained within document #1

**This Notice of Correction filed in the above referenced case to reflect that the amended complaint was docketed in error and should be disregarded. This entry should be a motion to amend complaint.**