IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY P. THOMASON and<br>SABRA M. THOMASON, | )<br>)<br>) | |
| Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | 3:05-CV-1056-B |
| | )<br>) | |
| GMAC MORTGAGE CORPORATION, | )<br>) | |
| Defendant. | ) | |

ORDER

Submitted for ruling is *GMAC Mortgage Corporation's Motion for Judgment on the Pleadings and Memorandum in Support Thereof*, filed November 1, 2005 (Doc. 1). **As this is a dispositive motion requiring consensual jurisdiction for ruling by the Magistrate Judge, the parties are reminded as follows:**

> The record reflects the Clerk's transmittal of notices to the plaintiffs and Defendants on November 9, 2005, for the random assignment of this civil case to a United States Magistrate Judge, who is authorized by 28 U.S.C. § 636(c) to conduct any and all proceedings in a jury or non-jury civil case and to order the entry of final judgment **upon the consent of all parties to a case**. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court. Any party to this lawsuit has the right to consent to, or decline to consent to, the exercise of jurisdiction of a Magistrate Judge, without adverse consequences.

ACCORDINGLY, it is

**ORDERED** that **Counsel for the parties shall execute and send to the Clerk, for receipt not later than November 30, 2005,** *either* the attached form for consent to the Magistrate Judge's exercise of jurisdiction *or* the attached form for reassignment of this case to the District Judge.

DONE this 14th day of November, 2005.

                                         **/s/ Delores R. Boyd**
                                         DELORES R. BOYD
                                         UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY P. THOMASON and SABRA M. THOMASON, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | 3:05-CV-1056-B |
| GMAC MORTGAGE CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____     _____
Date                                                    Signature

                                                            _____
                                                            Counsel For (**print** name of all parties)

                                                            _____
                                                            Address, City, State, Zip Code

                                                            _____
                                                            Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY P. THOMASON and<br>SABRA M. THOMASON, | )<br>)<br>) | |
| Plaintiffs, | )<br>)<br>) | |
| v. | )<br>)<br>) | 3:05-CV-1056-B |
| GMAC MORTGAGE CORPORATION, | )<br>) | |
| Defendant. | ) | |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____        _____
Date                                                              Signature

                                                                       _____
                                                                       Counsel For (**print** name of all parties)

                                                                       _____
                                                                       Address, City, State Zip Code

                                                                       _____
                                                                       Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.