**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 17, 2005


NOTICE OF REASSIGNMENT


Re:   Timothy Thomason vs. GMAC Mortgage Corporation
      Civil Action No.  3:05cv1056-B


The above-styled case has been reassigned to Judge Mark E. Fuller..


Please note that the case number is now 3:05cv1056-F.  This new case number should be used on all future correspondence and pleadings in this action.