| | |
|---|---|
| TIMOTHY P. THOMASON and SABRA M. THOMASON, | ) THE CIRCUIT COURT OF |
| Plaintiffs, | ) RUSSELL COUNTY, ALABAMA |
| VS. | ) |
| GMAC MORTGAGE CORPORATION, | ) CASE NO. CV 05-131 |
| Defendant, | ) |

ORDER

It is hereby

Ordered, Adjudged, and Decreed:

That the parties shall appear before the court for a bench trial on the 12th day of August 2005 at 9:00 A.M., EDST/10:00 A.M., CDST in Courtroom II of the Russell County Courthouse, Phenix City, Alabama.

That notice shall issue to the parties.

DONE this the 26th day of May 2005.

_____
ALBERT L. JOHNSON, CIRCUIT JUDGE

EXHIBIT 1