TIMOTHY P. THOMASON and       )   IN THE CIRCUIT COURT OF
SABRA M. THOMASON,

                                    RUSSELL COUNTY, ALABAMA

      Plaintiffs, .           )

VS.                            )  CASE NO. CV 05-131

GMAC MORTGAGE CORPORATION,   )

      Defendant,           )

## ORDER

Upon parties' "Joint Motion for Continuance" having been filed herein,

It is hereby

ORDERED, ADJUDGED, AND DECREED:

That said motion is granted and this case is continued for bench trial on the 12th day of

December 2005 at 9:00 A.M. EST/8:00 A.M. CST in Courtroom II of the Russell County

Courthouse, Phenix City, Alabama.

That notice shall issue to all parties.

DONE this the 23rd day of September 2005.

_____
ALBERT L. JOHNSON, CIRCUIT JUDGE

2005 SEP 23 AM 11: 33

FILED IN OFFICE

CIRCUIT / DIST. COURT
RUSSELL CO. AL

**EXHIBIT**

**2**

tabbies