IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| TIMOTHY P. THOMASON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CASE NO. CV-05-131 |
| vs. | ) |
| | ) |
| GMAC MORTGAGE | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

EXHIBIT D

## PLAINTIFF'S RESPONSES TO DEFENDANT'S SECOND SET OF REQUEST FOR ADMISSIONS

1. Admitted.

2. Since the Defendant has thus far refused to provide a deposition date for its 30 (b)(6) Representative, Plaintiff cannot at this time admit that his damages will be limited to $75,000.00. It is Plaintiff's intention at this time to claim no more than $75,000.00. If discovery reveals evidence that indicates Plaintiff would be entitled to claim damages in excess of $75,000.00, Plaintiff reserves the right to claim damages in excess of $75,000.00.

3. Since the Defendant has thus far refused to provide a deposition date for its 30 (b)(6) Representative, Plaintiff cannot at this time admit that his damages will be limited to $75,000.00. It is

Plaintiff's intention at this time to claim no more than $75,000.00. If discovery reveals evidence that indicates Plaintiff would be entitled to claim damages in excess of $75,000.00, Plaintiff reserves the right to claim damages in excess of $75,000.00.

4. Since the Defendant has thus far refused to provide a deposition date for its 30 (b)(6) Representative, Plaintiff cannot at this time admit that his damages will be limited to $75,000.00. It is Plaintiff's intention at this time to claim no more than $75,000.00. If discovery reveals evidence that indicates Plaintiff would be entitled to claim damages in excess of $75,000.00, Plaintiff reserves the right to claim damages in excess of $75,000.00.

---

JAMES R. McKOON, JR. (MCK020)
Attorney for Plaintiff
P. O. Box 3220
Phenix City, Alabama 36868-3220
(334) 297-2300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same of their office addresses through first-class, United States mail, postage prepaid, on this the 3rd day of October, 2005.

Reid S. Manley, Esq.
Robert R. Maddox, Esq.
Burr & Forman
420 North Twentieth Street
Suite 3100
Birmingham, Alabama  35203-5206

OF COUNSEL