| | |
|---|---|
| TIMOTHY P. THOMASON and SABRA M. THOMASON, | ) IN THE CIRCUIT COURT OF |
| Plaintiffs, | ) RUSSELL COUNTY, ALABAMA |
| VS. | ) CASE NO. CV 05-131 |
| GMAC MORTGAGE CORPORATION, | ) |
| Defendant, | ) |

**EXHIBIT F**

## ORDER

Upon parties' "Joint Motion for Continuance" having been filed herein,

It is hereby

ORDERED, ADJUDGED, AND DECREED:

That said motion is granted and this case is continued for bench trial on the 12th day of December 2005 at 9:00 A.M. EST/8:00 A.M. CST in Courtroom II of the Russell County Courthouse, Phenix City, Alabama.

That notice shall issue to all parties.

DONE this the 23rd day of September 2005.

_____
ALBERT L. JOHNSON, CIRCUIT JUDGE

FILED IN OFFICE
2005 SEP 23 AM 11:33
CIRCUIT/DIST. COURT
RUSSELL CO. AL