# BURR & FORMAN LLP

ATTORNEYS AND COUNSELORS

420 North Twentieth Street, Suite 3100
Birmingham, Alabama 35203-5206

(205) 251-3000
(205) 458-5100 (Fax)

Reid S. Manley, Esq.
Direct Dial: (205) 458-5439
Direct Fax: (205) 244-5675
Email: rmanley@burr.com

November 2, 2005

**BY FACSIMILE: 334/ 297-2777**
**And First Class Mail**


EXHIBIT G

James R. McKoon, Jr., Esq.
MCKOON & THOMAS
Post Office Box 3220
Phenix City, AL 36868-3220

    Re:   *Timothy P. Thomason, et al. v. GMAC Mortgage Corporation*
           *In the United States District Court for the Middle District of Alabama*
           *Eastern Division 3:05cv1056-B*

Dear Jim:

    I assume you have received our *Notice of Removal* in this case, but if not, we removed this case the United States District Court for the Middle District of Alabama yesterday. As a result, the deposition set for November 8, 2005, will not go forward since Federal Rules of Civil Procedure 26(d) provides that "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

                                                     Very truly yours,

                                                     Reid S. Manley

RSM/kb