IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY P. THOMASON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-1056-F |
| ) | |
| GMAC MORTGAGE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #8) filed on November 22, 2005, it is hereby

ORDERED that the defendant file its response which shall include a brief and any evidentiary materials on or before December 6, 2005. The plaintiff may file a reply brief on or before December 13, 2005.

DONE this 30th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE